UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Betsy Evans,

        Plaintiff,

vs.                                    Cv. 05-1764HA

                                ORDER OF REMAND

Law Offices of Kimberly A. Steinberg
and Kimberly A. Steinberg,

        Defendants.


     Based upon the stipulated motion of remand filed on December 5,2005;

     IT IS HEREBY ORDERED AND ADJUDGED that this action is remanded to  State of

Oregon Circuit Court for the County of Multnomah without costs or fees to any party.

     Dated this     13     day of December, 2006.

                                       /s/Ancer L.Haggerty
                                ————————————————————

                                ANCER L. HAGGERTY
                                U.S. District Judge